

# THE THIRTEENTH COURT OF APPEALS

## 13-20-00549-CV

HOA DAO
v.
HOMEOWNERS OF AMERICA MGA, INC.

On Appeal from the
151st District Court of Harris County, Texas
Trial Court Cause No. 2019-60198

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED in accordance with its opinion. Costs of the appeal are assessed against the party incurring the same.

We further order this decision certified below for observance.

August 12, 2021